IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CURTIS LEE SHEPPARD, JR.,** TDCJ No 1656666, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-00155-M-BP |
| **JUDGE REED O'CONNOR,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on October 29, 2018. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED** this 31st day of October, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE